**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Miguel Gomez v. The State of Texas

Appellate case number:   01-15-00179-CR

Trial court case number: 1358720

Trial court:             174th District Court of Harris County

      Appellant's "Motion to Substitute Counsel" is granted. It is ordered that Gary Tabakman be substituted for Keisha Smith as appellant's retained attorney of record.

      It is so ORDERED.

Judge's signature:/s/ Michael Massengale
        ☑ Acting individually    ☐ Acting for the Court

Date:  May 12, 2015